UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SAGEWATER, LLC,<br>　　　*Plaintiff,*<br><br>　　v.<br><br>DAVID HOSSFELD, NATIONAL RENOVATIONS, LLC, d/b/a REPIPE SPECIALISTS<br>　　　*Defendants.* | Case Number 1:23-cv-0770 (MSN/LRV) |

## **ORDER**

　　This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Lindsey R. Vaala on June 20, 2024. *See* ECF 268 ("Recommendation"). Plaintiff moved for leave to file a fourth amended complaint that adds three new defendants and four new causes of action. Judge Vaala recommended denying the motion because the proposed amendments are unduly delayed without adequate justification, would cause prejudice to the current and proposed Defendants, and/or are futile, and because Plaintiff has failed to establish good cause to modify the scheduling order.

　　The Court has reviewed the record and Judge Vaala's Recommendation, and finding good cause to do so, the Court will fully adopt the Recommendation and its analysis without reservation. Moreover, no party filed an objection to the Recommendation pursuant to Rule 72(b)(2), and at the final pretrial conference on July 9, 2024, Plaintiff's counsel represented that it did not object to the Recommendation. Plaintiff has therefore waived appellate review of the Recommendation.

Accordingly, it is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full; and it is further

**ORDERED** that Plaintiff's Motion for Leave to Amend the Complaint (ECF 215) is **DENIED**.

SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

July 9, 2024
Alexandria, Virginia