IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SAGEWATER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DAVID HOSSFELD, and NATIONAL RENOVATIONS, LLC d/b/a REPIPE SPECIALISTS, <br><br> Defendants. | No. 1:23-cv-00770-MSN-LRV |

## **ORDER**

This matter comes before the Court on the parties' Notice of Settlement and Joint Motion to Stay Pre-Trial Deadlines, Status Conference and Trial (ECF 544). Upon consideration of the Motion and for good cause shown, it is hereby

**ORDERED** that the current pre-trial deadlines, status conference, and trial date are stayed until further order of this Court; and it is further

**ORDERED** that the parties shall file a stipulation of dismissal with this Court on or before November 4, 2024.

It is **SO ORDERED.**

/s/
Hon. Michael S. Nachmanoff
United States District Judge

October 22, 2024
Alexandria, Virginia